FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2012 NOV 5 PM 2 28

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JOSHUA DALY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 12-CV-235-J |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

### ORDER GRANTING UNITED STATES' MOTION FOR EXTENSION OF TIME

After due consideration of the motion of the United States for an extension of time in which to respond to Defendant's motion, and the Court being otherwise fully apprised of all of the circumstances,

IT IS HEREBY ORDERED that the Motion for Extension of Time to Respond to Petitioner's Motion under 28 U.S.C. § 2255 is granted, and the government shall have an additional 60 days to file its response. The United States shall file its response on or before January 9, 2013.

DATED this 5th day of November, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE