IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

U.S. DISTRICT COURT
DISTRICT OF WYOM.

2013 FEB 4 PM 1 35

STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA, Respondent, | ) ) ) ) |
| vs. | ) Cause No.: 2:09-CR-00073-J ) |
| JOSHUA ROBERT DALY, Movant. | ) Civil Action No.: 12-CV-235-J ) ) ) |

## MOTION FOR LEAVE TO REPLY

COMES NOW, Joshua R. Daly, Movant, In the foregoing cause of action who respectfully moves this Honorable Court for Leave to Reply to the Governments Response to his Motion filed under Title 28 USC Section 2255.

Movant Daly submits that due to the fact that he just transferred from one facility to another, he needs additional time for his legal documents to catch up with him. Movant Daly seeks the opportunity to Reply to the Governments Response because of the gravity of the issue, the fact that there is an inequity in the length of the sentence and the Bureau of Prisons cannot credit any time outside of what is reflected in the judgment and commitment.

Movant is requesting leave to Reply to the Government's Response to his 2255 Motion, and in addition is requesting thirty days from the date of this mailing, January 24, 2013, to submit this motion to the court.

WHEREFORE PREMISES CONSIDERED, Movant prays that the court will;

(a) GRANT leave to Reply to the Government's Response;
(b) Grant Movant thirty days from the date of January 24, 2013, and;
    Grant unto him;

- 1

(c) any other relief this Court deems just and proper to make.

Respectfully Submitted,

dated this 31/day of Jan., 2013

*Josh Daly* 1-31-2013
JOSHUA ROBERT DALY
Movant, pro se
Fed. Reg. No: 11054-091

USP ATWATER
U.S. PENITENTIARY
P.O. BOX 019001
ATWATER, CA 95301

- 2

# CERTIFICATE OF SERVICE

**CAUSE NO(S): 2:09-CR-00073-J**
**Civil Action No.: 12-CV-235-J**

I, JOSHUA DALY, Fed. Reg.# 11054-091, Movant, I have caused to be served a true and correct copy of the following;

MOTION FOR LEAVE TO REPLY

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston v. Lack 101 L.Ed. 2d 245 (1988), upon the court and parties to litigation and their attorneys of record, by placing same in a sealed, prepaid envelope with sufficient postage attached thereto to carry same to its destination, addressed to:

JASON M. CONDER
Assistant United States Attorney
District of Wyoming
P. O. Box 449
Lander, Wyoming 82520

and deposited same in the legal mail deposit box at the USP ATWATER, U.S. PENITENTIARY, P.O. BOX 019001, ATWATER, CA 95301 on the    day of January, 2013.

I have read the foregoing and state the facts under personal knowledge are true and correct.

Executed this 31 day of January, 2013,  under penalty of perjury pursuant to Title 28 U.S.C. Section 1746.

*Josh Daly 1-31-2013*
JOSHUA ROBERT DALY
Movant, pro se
Fed. Reg. No: 11054-091

USP ATWATER

- 1

| | |
|---|---|
| 1 | U.S. PENITENTIARY |
| 2 | P.O. BOX 019001 |
|   | ATWATER, CA 95301 |